# Court of Appeals
## Tenth Appellate District of Texas

10-25-00006-CR

Dorychiawan Smith,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
County Court at Law No. 2 of Ellis County, Texas
Judge A. Gene Calvert, Jr., presiding
Trial Court Cause No. 2210413CR

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Dorychiawan Smith appealed the trial court's Judgment of Conviction. She now moves to dismiss the appeal. Smith and her attorney have signed the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, Smith's motion to dismiss is granted, and this appeal is dismissed. *Id.*

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  March 20, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Dismissed
Do not publish
CR25

